Form 8
(10/05)

# United States Bankruptcy Court
## District of Maryland

In re  **Daniel P Murphy**
      **Sandra P Murphy**
                                    Debtor(s)

Case No.
Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

■  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■  I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Location: 1103 Fountaingrove Court, Bel Air MD** | **Gmac Mortgage** | **Debtor will retain collateral and continue to make regular payments.** | | | |
| **Location: 1103 Fountaingrove Court, Bel Air MD** | **Gmac Mortgage** | **Debtor will retain collateral and continue to make regular payments.** | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **2003 Chevy Suburban lease** | **Jefferson Leasing** | **X** |

Form 8 Cont.
(10/05)

In re **Daniel P Murphy**
**Sandra P Murphy**
                              Debtor(s)
                        Case No.

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

Date **August 29, 2008**      Signature **/s/ Daniel P Murphy**
                                                                 **Daniel P Murphy**
                                                                 Debtor

Date **August 29, 2008**      Signature **/s/ Sandra P Murphy**
                                                                  **Sandra P Murphy**
                                                                 Joint Debtor