|  |  |
|---|---|
| In re: ) | Case No.: 08-21093-NVA |
| ) |  |
| DANIEL P. MURPHY ) | Chapter 7 |
| SANDRA P MURPHY ) |  |
|     Debtors. ) |  |
| ) |  |
| GMAC MORTGAGE, LLC, its assignees and/or ) |  |
| successors in interest, ) |  |
|     Movant ) |  |
| ) |  |
| vs. ) |  |
| ) |  |
| DANIEL P. MURPHY ) |  |
| SANDRA P MURPHY ) |  |
|     Debtors, ) |  |
| and ) |  |
| JOSEPH J. BELLINGER, JR., ) |  |
|  Chapter 7 Trustee, |  |
|     Respondent(s). |  |

COMES NOW GMAC Mortgage, LLC, its assignees and/or successors in interest ("Movant"), Movant herein, by and through its counsel of record, Randa S. Azzam, and hereby moves this Honorable Court for an Order granting relief from the automatic stay to exercise its remedies under its Deed of Trust and Maryland law, including, but not limited to, foreclosure upon the sale of real property located at 1103 Fountain Grove Court, Bel Air, MD 21014 ("Subject Property"), upon the following facts and circumstances and exhibits attached in support thereof:

    1.    This Court has jurisdiction over this matter pursuant to the United States Bankruptcy Code ("Code") Sections 1334 and 157. This Motion is a core proceeding arising under the Code.

    2.    On August 29, 2008, .Daniel P. Murphy and Sandra P. Murphy, ("Debtors"), file a

petition for relief under Chapter 7 of the Bankruptcy Code.

3. Movant is the noteholder and/or servicer of a note ("Note") secured by a duly perfected Deed of Trust on residential real property commonly known as 1103 Fountain Grove Court, Bel Air, MD 21014 and legally described in the Deed of Trust.

4. Pursuant to the terms and conditions of the Note and Deed of Trust, the Debtors were to make regular monthly payments on the 1st day of each month until November 2036, when the loan fully matures.  A true and correct copy of the Note and Deed of Trust are available upon request.

5. On or about October 1, 2008, a default occurred under the terms and conditions of the Note and Deed of Trust in that the Debtors failed to make the monthly payment that then became due.  The Debtors have failed to make all subsequent payments to Movant.

6. With respect to Movant's Note, the following is due and owing:

| | |
|---|---|
| A.  Principal Balance | $416,869.18 |
| Late Charges | $351.72 |
| Attorney Fees and Costs | $800.00 |

As of November 18, 2008, the total amount of indebtedness due to Movant is approximately $418,020.90.

| | |
|---|---|
| Arrearages: | |
| B. Debtors are contractually due for 10/08 | |
| (2) payments at $2344.89 each | |
| (10/01/08–11/01/08) | $4689.78 |
| Late charges | $351.72 |
| Attorney Fees and Costs | $800.00 |
| Total Arrearages through 11/08 | $5841.50 |

7. According to Schedule "D of the Debtors' Schedules, the fair market value of the Subject Property is $517,000.

8. There is little or no equity in the Subject Property in that, in the event of a forced sale, the Debtor would have little if any equity remaining after the payment of the Secured Creditor's secured claim, the deduction of the costs of sale, the payment of any subordinate lienholders, and the exceptions (if any) of the Debtor. TheMovant contends, therefore, that the Movant's interest in the Subject Property is not adequately protected and that the Movant is

entitled to relief from the stay pursuant to 11 U.S.C. § 362(a) and 11 U.S.C. § 362(d).

WHEREFORE, Movant prays for an Order as Follows:

    1. Granting immediate relief from the automatic stay pursuant to 11 U.S.C. §362 for all purposes necessary under state law, including but not limited to foreclosure upon and sale of the Subject Property;

    2. Following foreclosure, in the event that the Debtors fail to deliver up possession of the Subject Property, permitting the purchaser to proceed with its remedies available under state law;

    3. In the alternative, if immediate relief is not granted, granting Movant adequate protection;

    4. For such other and further relief as is just and proper in this matter;

Dated: 11/24/08

Respectfully Submitted,

/s/Randa S. Azzam
Randa S. Azzam
Bar No. 22474
Razzam@siwpc.com
Samuel I. White, P.C.
913 King Street
Alexandria, VA  22314
(703) 739-1070
Attorney for Movant



      I hereby certify that on this <u>24th</u> day of November, 2008, I mailed a copy of the foregoing Motion for Relief from Automatic Stay and Notice of Motion for Relief from Stay and Notice of Hearing by first class mail, postage prepaid and/or electronically to the following:

Daniel P. Murphy
Sandra P. Murphy
1103 Fountaingrove Court
Bel Air, MD  21014

Christopher Fascetta, Esquire
810 Gleneagles Court
Suite 301
Towson, MD 21286

Joseph J. Bellinger, Jr.
300 East Lombard Street, 18th Floor
Baltimore, MD 21202

      <u>/s/Randa S. Azzam</u>
      Randa S. Azzam